NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONNA WARD, an individual, and )
GLENN JOHNSON, an individual, )
)
    Appellants, )
)
v. )    Case No. 2D17-2835
)
LEE COUNTY BOARD OF COUNTY )
COMMISSIONERS, a political subdivision )
of the State of Florida, )
)
    Appellee. )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Benjamin H. Yormak of Yormak
Employment & Disability Law, Bonita
Springs, for Appellants.

Gregory A. Hearing and Sacha Dyson
of Thompson, Sizemore, Gonzalez &
Hearing, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.